United States District Court
Southern District of Texas
**ENTERED**
December 07, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1088 |
| PACIFIC DRILLING SA, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Transocean filed an opposed motion to extend its deadline to respond to the following Pacific motions: the motion for partial summary judgment of no infringement based on no sale or offer to sell, (Docket Entry No. 87); the motion for partial summary judgment of no infringement based on no use or import, (Docket Entry No. 89); the motion for partial summary judgment of invalidity based on anticipation, (Docket Entry No. 86); the motion for partial summary judgment of no willful infringement, (Docket Entry No. 91); and the motion to exclude the testimony of Dr. Cooke, (Docket Entry No. 88). The motion for extension is granted. (Docket Entry No. 101). The deadline for Transocean to respond to these motions is extended from December 10 to December 23, 2015.

SIGNED on December 7, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge