United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-1088 |
| PACIFIC DRILLING SA, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

Pacific moved to stay this action pending the resolution of the *inter partes* review of the Transocean patents. (Docket Entry No. 149). Transocean is unopposed.

Pacific's motion is granted. The case is administratively closed pending the outcome of the *inter partes* review. The pending motions, (Docket Entry Nos. 85, 86, 88, 89, 140), are denied, without prejudice. They may be resubmitted and modified, as appropriate, depending on the resolution of the *inter partes* review.

SIGNED on April 22, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge